UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALICE SHAFFER and, <br> JOHN SHAFFER, <br><br> Plaintiffs, <br><br> vs. <br><br> NEWMAR CORPORATION  , <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:07-cv-351-DRH <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Defendant Newmar Corporation's Motion to Withdraw Notice of Removal is GRANTED, and the above-styled cause is hereby remanded to the Circuit Court of Franklin County, State of Illinois.

So Ordered,

/s/        David   RHerndon

Date: June 5, 2007                    UNITED STATES DISTRICT JUDGE